JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR04-5598FDB |
| Plaintiff, | ) | |
| | ) | ORDER TO DELAY VOLUNTARY |
| vs. | ) | SURRENDER DATE |
| | ) | |
| JARED WHITTLESEY, | ) | |
| Defendant. | ) | |

THIS MATTER having come before the Court on the motion of the defendant to delay the voluntary surrender date, the Court having reviewed the motion, the records and files herein, and has noted that neither the Assistant United States Attorney nor the United States Probation Office has an objection, it is now therefore

ORDERED that the voluntary surrender date be delayed until July 22, 2005.

DONE THIS 1st day of July, 2005.

　　　　　　　　　　／s/ Franklin D Burgess
　　　　　　　　　HONORABLE FRANKLIN D. BURGESS
　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

Presented By:

_____
Jerome Kuh
Attorney for Defendant-Appellant

ORDER TO DELAY VOLUNTARY SURRENDER DATE --1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710